**Bruce W. Brewer**,  OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
Phone: 360-688-0458
Fax:  503-405-7373
Attorney for plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **PATRICIA HILLS,** | Civil Case No. 3:13-cv-01069-HZ |
| Plaintiff, | |
| | ORDER (EAJA FEES) |
| vs. | |
| **COMMISSIONER,**<br>of Social Security<br>Administration,<br>   Defendant. | |

---

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $3,999.74 is

awarded to Plaintiff.  It is ordered that the aforementioned attorney fee will be paid to Plaintiff's

attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against

the awarded fees, pursuant to the Treasury Offset Program as discussed in Astrue v. Ratliff, 130

S.Ct. 2521 (2010).

1 - ORDER FOR EAJA FEES

If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Bruce

Brewer, and mailed to Plaintiff's attorney's mailing address at PO Box 421, West Linn, OR

97068.  If Plaintiff has such debt, then the check for any remaining funds after offset of the debt

shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated

above.  There are no costs or expenses to be paid herein.

DATED this **23** day of June, 2014.

*Marco Hernandez*

MARCO A. HERNANDEZ
United States District Judge

Submitted by:

Bruce W. Brewer, OSB No. 925581
360-688-0458, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES